# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KATHIA RUGAMA PEREZ, | Case No. 5:25-cv-03360-FMO-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| MARK BOWEN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.

Date:  February 5, 2026

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge